GLENN E. SOLOMON (State Bar No. 155674)
MICHAEL A. DUBIN (State Bar No. 212581)
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2799
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:  mdubin@health-law.com

Attorneys for DEFENDANTS DOCTORS'
HOSPITAL MEDICAL CENTER OF
MONTCLAIR, L.P., ET AL.

**LODGED**

FILED - SOUTHERN DIVISION
CLERK, U S DISTRICT COURT

MAR 20 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

MAR 17 2006

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

**BY FAX**

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2799
TEL: (310) 551-8111 • FAX: (310) 551-8181

In re

VERITAS HEALTH SERVICES, INC. dba CHINO VALLEY MEDICAL CENTER, a California corporation dba CHINO VALLEY MEDICAL CENTER,

    Debtor and Debtor in Possession

---

VERITAS HEALTH SERVICES, INC., a California corporation dba CHINO VALLEY MEDICAL CENTER,

    Plaintiff,

    vs.

DOCTORS' HOSPITAL MEDICAL CENTER OF MONTCLAIR, L.P., a California limited partnership; et al.

    Defendants.

---

AND RELATED CROSS-ACTIONS

CASE NO. EDCV 05-00822 CJC

**SECOND STIPULATION OF PARTIES REGARDING DUE DATE FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**



DOCKETED ON CM

MAR 20 2006

BY _____ 040

Existing Defendants who have been served with the First Amended Complaint in this matter, DOCTORS' HOSPITAL MEDICAL CENTER OF MONTCLAIR, L.P., AHMC, INC., DAVID CHU, JONATHAN WU, M.D., FEN

SECOND STIPULATION OF PARTIES REGARDING DUE DATE FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT

MAR.17.2006  7:25AM  HOOPER, LUNDY&BOOKMAN

& J CORPORATION and STANLEY TOY, by and through their undersigned counsel and Plaintiff and Cross-Defendant VERITAS HEALTH SERVICE, INC., DBA CHINO VALLEY MEDICAL CENTER, by and through its undersigned counsel, hereby stipulate and agree that the responsive pleading due date for the First Amended Complaint shall be March 31, 2006.

DATED: March 6, 2006              HOOPER, LUNDY & BOOKMAN, INC.


By:_____
        MICHAEL A. DUBIN
ATTORNEYS FOR DEFENDANTS DOCTORS'
HOSPITAL MEDICAL CENTER OF MONTCLAIR,
L.P., AHMC, INC., DAVID CHU, JONATHAN WU,
M.D., AND FEN & J CORPORATION


DATED: March 6, 2006              SHULMAN HODGES & BASTIAN LLP


By:_____
        MICHAEL J. SARRAO
ATTORNEYS FOR PLAINTIFF AND CROSS-
DEFENDANTS VERITAS HEALTH SERVICE, INC.


DATED: March ___, 2006            LAW OFFICES OF RICHARD F. WEINER


By:_____
        RICHARD F. WEINER
ATTORNEYS FOR DEFENDANT STANLEY TOY

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2799
TEL: (310) 551-8111 • FAX: (310) 551-8181

2003616.1

2

STIPULATION OF PARTIES REGARDING DUE DATE FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT

& J CORPORATION and STANLEY TOY, by and through their undersigned counsel and Plaintiff and Cross-Defendant VERITAS HEALTH SERVICE, INC., DBA CHINO VALLEY MEDICAL CENTER, by and through its undersigned counsel, hereby stipulate and agree that the responsive pleading due date for the First Amended Complaint shall be March 31, 2006.

DATED: March _6_, 2006      HOOPER, LUNDY & BOOKMAN, INC.

By:_____
MICHAEL A. DUBIN
ATTORNEYS FOR DEFENDANTS DOCTORS'
HOSPITAL MEDICAL CENTER OF MONTCLAIR,
L.P., AHMC, INC., DAVID CHU, JONATHAN WU,
M.D. AND FEN & J CORPORATION

DATED: March ___, 2006      SHULMAN HODGES & BASTIAN LLP

By:_____
MICHAEL J. SARRAO
ATTORNEYS FOR PLAINTIFF AND CROSS-
DEFENDANTS VERITAS HEALTH SERVICE, INC.

DATED: March _12_, 2006      LAW OFFICES OF RICHARD F. WEINER

By:_____
RICHARD F. WEINER
ATTORNEYS FOR DEFENDANT STANLEY TOY

IT IS SO ORDERED

Dated ___3/20/06___

_____
United States District Judge

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2799
TEL: (310) 551-8111 • FAX: (310) 551-8181

200361 6.1

2

STIPULATION OF PARTIES REGARDING DUE DATE FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2799
TEL: (310) 551-8111 • FAX: (310) 551-8181

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 180 Montgomery Street, Suite 1000, San Francisco, California 94104.

On March 17, 2006, I served the following document(s) described as **SECOND STIPULATION OF PARTIES REGARDING DUE DATE FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

**BY MAIL:** I am "readily familiar" with Hooper, Lundy & Bookman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at San Francisco, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2006, at San Francisco, California.

*Angelique Pierre*
Angelique Pierre

2003616.1

3

STIPULATION OF PARTIES REGARDING DUE DATE FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT

11337595.tif - 3/17/2006 7:26:03 AM

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2799
TEL: (310) 551-8111 • FAX: (310) 551-8181

**SERVICE LIST**
Veritas v. DHMC
**Case No. EDCV 05-00822 CJC**

| | |
|---|---|
| Michael J. Sarrao<br>Shulman Hodges & Bastian LLP<br>26632 Towne Center Drive, Suite 300<br>Foothill Ranch, CA 92610<br>Tel: (949) 340-3400<br>Fax: (949) 340-3000 | **Attorneys for PLAINTIFF/CROSS DEFENDANTS VERITAS HEALTH SERVICES, INC. and CHINO VALLEY MEDICAL CENTER** |
| Richard F. Weiner, Esq.<br>Law Offices of Richard F. Weiner<br>445 South Figueroa Street, Suite 2700<br>Los Angeles, CA 90071<br>Tel: (213) 489-6829<br>Fax: (213) 489-6830 | **Attorneys for DEFENDANT STANLEY TOY** |
| Samuel R. Maizel<br>Pachulski Stang Sziehl Young Jones & Weintraub PC<br>10100 Santa Monica Blvd., Suite 1100<br>Los Angeles, CA 90067 | **Attorneys for DEFENDANTS DOCTORS HOSPITAL MEDICAL CENTER OF MONTCLAIR, L.P., AHMC, INC., DAVID CHU, JONATHAN WU, M.D., FEN J. CORP.** |
| Glenn E. Solomon, Esq.<br>Jordan B. Keville, Esq.<br>Hooper, Lundy & Bookman, Inc.<br>1875 Century Plaza East, Suite 1600<br>Los Angeles, CA 90067-2799<br>Tel: (310) 551-8111<br>Fax: (310) 551-8181 | **Attorneys for DEFENDANTS DOCTORS HOSPITAL MEDICAL CENTER OF MONTCLAIR, L.P., AHMC, INC., DAVID CHU, JONATHAN WU, M.D., FEN J. CORP.** |

2003616.1

4

STIPULATION OF PARTIES REGARDING DUE DATE FOR RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT