JUL.12.2007  10:30AM     HOOPER, LUNDY&BOOKMAN         NO.906    P.2

GLENN E. SOLOMON (State Bar No. 155674)
MICHAEL A. DUBIN (State Bar No. 212581)
HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2799
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail:     mdubin@health-law.com

Attorneys for DOCTORS HOSPITAL MEDICAL
CENTER OF MONTCLAIR, L.P., AHMC, INC.,
DAVID CHU, JONATHAN WU, M.D., STANLEY
TOY, AND FEN & J CORPORATION



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>VERITAS HEALTH SERVICES, INC. dba CHINO VALLEY MEDICAL CENTER, a California corporation dba CHINO VALLEY MEDICAL CENTER<br><br>Debtor. | CASE NO. EDCV 05-00822 VBF<br><br>**STIPULATION AND ORDER TO DISMISS REMAINING CROSS CLAIMS**<br><br>Assigned to The Honorable Valerie Baker Fairbank |
| VERITAS HEALTH SERVICES, INC. dba CHINO VALLEY MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>DOCTORS HOSPITAL MEDICAL CENTER OF MONTCLAIR, L.P., et al.,<br><br>Defendants. | **BY FAX** |
| AND RELATED CROSS-ACTIONS | |



TO THE HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES

DISTRICT COURT JUDGE

Defendant and Cross Plaintiff Doctors' Hospital Medical Center of Montclair, LP

("Doctors' Hospital") by and through its counsel Glenn Solomon and Michael Dubin and Cross

Defendants Dr. James Lally, Dr. Irv Edwards, Dr. Mark Bell, Dr. Yi Zang, Dr. Jorge Perez, Dr.

20\2376.1

11364440 tif - 7/12/2007 11 31 20 AM

Francisco Ornelas, Dr. Douglas Chochrane, Dr. Walter Bush, Dr. Paranav Kachhi, Chino Valley Emergency Medical Associates, and Inland Region Medical Group (collectively, "Cross Defendants") by and trough their counsel Michael J. Sarrao hereby agree and stipulate as follows:

1.    Pursuant to that certain Stipulation to Dismiss Certain Claims and Certain Parties (the "First Stipulation to Dismiss"), signed by the parties, filed and served on July 13, 2006, the complaint and all claims referenced in the First Stipulation to Dismiss have been dismissed with prejudice.

2.    Since the filing of the First Stipulation to Dismiss, the additional and excepted claims in the complaint against defendants Frank Hsu, M.D., Elbert Chang, M.D., Gene S. Hong, M.D., Amarin Kongchalalai, M.D., Rohinder Sandhu, M.D., Yuan-Fie Chen, M.D., Charles Ho, M.D., Joseph Hourani, M.D., Joe LaRose, M.D., Honzen Ou, M.D., Mark Ou, M.D., Alex Lira, M.D., Jeff Unger, M.D., Peter Chi, M.D., Arnold Sin, M.D., Hubert Chow, M.D., Inland Pulmonary Medical Group, and PrimeCare Medical Group of Chino Valley, Inc. have also been dismissed.

3.    The only remaining claims in this case are the claims in the cross-complaint by cross defendant Doctors' Hospital against Cross Defendants Dr. James Lally, Dr. Irv Edwards, Dr. Mark Bell, Dr. Yi Zang, Dr. Jorge Perez, Dr. Francisco Ornelas, Dr. Douglas Chochrane, Dr. Walter Bush, Dr. Paranav Kachhi, Chino Valley Emergency Medical Associates, and Inland Region Medical Group.

4:    These claims in the cross complaint shall be dismissed with prejudice and each party shall bear their own costs and fees in this action.

///
///
///
///
///
///
///

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2799
TEL: (310) 551-8111 · FAX: (310) 551-8181

2012376.1

2

STIPULATION AND ORDER TO DISMISS REMAINING CROSS CLAIMS

11364440 tif - 7/12/2007 11 31 20 AM

SO STIPULATED

DATED: July 12, 2007                    HOOPER, LUNDY & BOOKMAN, INC.


                                        By:_____
                                              MICHAEL A. DUBIN
                                        Attorneys for Doctors Hospital Medical Center of Montclair,
                                        L.P., AHMC, Inc., David Chu, Jonathan Wu, M.D., Stanley
                                        Toy, and Fen & J Corporation        f


DATED: July 12, 2007                    MICHAEL J. SARRAO, ESQ.


                                        By:_____
                                              MICHAEL J. SARRAO, ESQ.
                                        Attorneys for Plaintiffs and Cross Defendants


## ORDER

Pursuant to the stipulation set forth above, IT IS HEREBY ORDERED that:

1. The cross-complaint and all claims therein by cross defendant Doctors Hospital Medical Center of Montclair, LP against Cross Defendants Dr. James Lally, Dr. Irv Edwards, Dr. Mark Bell, Dr. Yi Zang, Dr. Jorge Perez, Dr. Francisco Ornelas, Dr. Douglas Chochrane, Dr. Walter Bush, Dr. Paranav Kachhi, Chino Valley Emergency Medical Associates, and Inland Region Medical Group are dismissed with prejudice.

2. Each party shall bear its own cost and fees in this action

DATED: **JUN 17 2007**
_____                 _____
                                        HON. VALERIE BAKER FAIRBANK
                                        UNITED STATES DISTRICT
                                        COURT JUDGE

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2799
TEL: (310) 551-8111 • FAX: (310) 551-8181

2012376.1

3

STIPULATION AND ORDER TO DISMISS REMAINING CROSS CLAIMS

11364440 trf - 7/12/2007 11 31 20 AM

JUL.12.2007  10:31AM     HOOPER,LUNDY&BOOKMAN                    NO.906    P.5

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 180 Montgomery Street, Suite 1000, San Francisco, California 94104.

On July 12, 2007, I served the following document(s) described as **STIPULATION AND ORDER TO DISMISS REMAINING CROSS CLAIMS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

**BY MAIL:** I am "readily familiar" with Hooper, Lundy & Bookman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at San Francisco, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 12, 2007, at San Francisco, California.

Elizabeth Devon

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2799
TEL: (310) 551-8111 • FAX: (310) 551-8181

2012376 12012376
.1

4

STIPULATION AND ORDER TO DISMISS REMAINING CROSS CLAIMS

JUL.12.2007   10:32AM      HOOPER,LUNDY&BOOKMAN                                      NO.906    P.6

SERVICE LIST
Veritas v. DHMC
Case No. EDCV 05-00822 CJC

| | |
|---|---|
| Michael J. Sarrao, Esq.. <br> 5451 Walnut Avenue <br> Chino, CA 91710 <br> Tel: (909) 464-8604 <br> Fax: (909) 464-8882 | **Attorneys for PLAINTIFF/CROSS DEFENDANTS VERITAS HEALTH SERVICES, INC, and CHINO VALLEY MEDICAL CENTER.** |
| Samuel R. Maizel, Esq. <br> Pachulski Stang Sziehl Young Jones & Weintraub PC <br> 10100 Santa Monica Blvd., Suite 1100 <br> Los Angeles, CA 90067 | **Attorneys for DEFENDANTS DOCTORS HOSPITAL MEDICAL CENTER OF MONTCLAIR, L.P., AHMC, INC., DAVID CHU, JONATHAN WU, M.D., FEN J. CORP.** |
| Glenn E. Solomon, Esq. <br> Michael A. Dubin, Esq. <br> Hooper, Lundy & Bookman, Inc. <br> 1875 Century Plaza East, Suite 1600 <br> Los Angeles, CA 90067-2799 <br> Tel: (310) 551-8111 <br> Fax: (310) 551-8181 | **Attorneys for DEFENDANTS DOCTORS HOSPITAL MEDICAL CENTER OF MONTCLAIR, L.P., AHMC, INC., DAVID CHU, JONATHAN WU, M.D., STANLEY TOY, FEN J. CORP.** |
| Jonathan Loeb, Esq. <br> Carla A. Veltman, Esq. <br> Alschuler Grossman Stein & Kahan LLP <br> The Water Garden <br> 1620 26th Street, 4th Floor, North Tower <br> Santa Monica, CA 90404-4060 <br> Telephone: (310) 907-1000 <br> Fax: (310) 907-2000 | **Attorneys for DEFENDANTS PRIMECARE MEDICAL GROUP OF CHINO VALLEY, DR. HONZEN OU, & DR. MARK OU** |

HOOPER, LUNDY & BOOKMAN, INC.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2799
TEL. (310)551-8111 • FAX: (310)551-8181

2012376.12012376

5

STIPULATION AND ORDER TO DISMISS REMAINING CROSS CLAIMS

11364440 trf - 7/12/2007 11 31 20 AM